64 A.3d 557

IN THE MATTER OF BRADLEY J. WEIL, AN ATTORNEY AT LAW (ATTORNEY NO. 003691987).

April 26, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–278, concluding that **BRADLEY J. WEIL** of **WAYNE,** who was admitted to the bar of this State in 1987, should be censured for violating *RPC* 1.15(a) (failure to safeguard funds), *RPC* 5.5(a)(1) (practicing law while ineligible), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **BRADLEY J. WEIL** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.